# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00206-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MARQUELL DERON JOHNSON, | **ECF No. 16** |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, December 28, 2022 at 2:00 p.m., be vacated and continued to January 31, 2023, at 3:00 p.m.

DATED this 22nd day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE